UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

At Huntington

| | |
|---|---|
| SCOTT RANSBOTTOM, Individually and on Behalf of All Other Individuals Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA, RBC DAIN RAUSCHER INC., and RBC CAPITAL MARKETS CORP.,<br><br>Defendants. | Civil File No. 3:10-0924<br>Honorable Robert C. Chambers |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day came the parties to the above-styled civil action by their respective counsel of record and jointly advised the Court that all matters in controversy between the parties to this action had been fully compromised and settled in good faith. Thereupon, the parties, through their respective counsel, jointly moved the Court to dismiss the Complaint filed herein and this action from the docket of this Court to the prejudice of the Plaintiff and Defendant as having been fully compromised and settled in good faith.

And the Court, having maturely considered the aforesaid joint motion of counsel, perceiving no prejudice resulting therefrom, and there being no objection thereto, is of the opinion to grant the same. Accordingly, IT IS ORDERED, that the Complaint filed herein and this action be, and the same hereby are dismissed and stricken from the docket of this Court with prejudice to the Plaintiff and Defendant as having been fully compromised and

settled, each of the parties hereto to bear his or its respective costs, if any, incurred in connection with this action.

The Clerk of this Court is hereby directed to mail certified copies of this Order to all counsel of record herein.

Entered this 6th day of January, 2011.

Hon. Robert C. Chambers, Judge

PREPARED BY:

s/David Allen Barnette
David Allen Barnette (WV Bar No. 242)
Vivian H. Basdekis (WV Bar No. 10587)
JACKSON KELLY PLLC
1600 Laidley Tower
P. O. Box 553
Charleston, WV 25322-0553
Tel: (304) 340-1000
Fax: (304) 340-1272
Email: dbarnette@jacksonkelly.com
       vhbasdekis@jacksonkelly.com

Counsel for Defendants

PRESENTED AND AGREED TO BY:

s/Timothy P. Rosinsky
Timothy P. Rosinsky (WV Bar No. 5545)
Rosinsky Law Office, L.C.
641 6th Street
Huntington, WV 25701
Tel: (304) 523-2409
Email: rosinlo@ntelos.net

Counsel for Plaintiff